# ATTACHMENT A
# LIST OF ITEMS TO BE SEIZED

1.     Papers, documents, books, manuals, records, receipts, notes, memos, ledgers, bank records, bank statements, canceled checks, check stubs, cash receipts, deposit records, wire transfers and records of wire transfers of money between accounts, United States Currency, financial statements, tax returns, debit/credit card statements and receipts, cashiers check receipts, bank customer records or bank account information.

2.     Any writings, notes or memoranda which show names and/or personal identification numbers.

3.     Any and all electronic devices which are capable of analyzing, storing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data, including but not limited to computer processors, components and peripherals, modems, hard drives, printers, encryption devices, optical scanners and computer related devices including all instructions or programs stored in the form of electronic or magnetic media software, books, written or printed material designed to convey the use or the operation or any hardware and/or software and the contents thereof.

4.     Telephone records of any type including but not limited to telephone bills, address books, answering machines, answering machine tapes, caller identification boxes, digital pagers, cellular telephones, facsimile machines and contents thereof, papers reflecting names, addresses, and telephone numbers of individuals, businesses and associates.

5.     Any and all information and/or data stored in the form of magnetic or electronic coding on the computer media and the contents thereof which includes, but is not limited to, floppy diskettes, fixed hard disks, removable hard disks, tapes, laser disks, video cassettes or any other magnetic media capable of being read by computer and the contents thereof.

6.     Safe deposit box keys and records relating to safe deposit boxes.

7.     Indicia of possession of the premises.

1

8. Cash.

9. Jewelry, fur coats, artwork, purses, or other high value items.

10. Self-storage keys and records relating to self-storage facilities.

# EXHIBIT A

1.   The PREMISES at 6880 Oregon Avenue NW, Washington, DC 20015, known to be the residence of **HARRIETTE MONICA WALTERS**.

2.   The PREMISES at the District of Columbia Office of Tax and Revenue ("OTR"), located at 941 North Capitol Street NE, Washington, DC, 20002; specifically, the computers, office areas, desks, and file storage areas of the following OTR employees: **Harriette Walters**, **Connice Hogue**, **Sheila Jones**, **Diane Gustus**, **Kim Fleet, Geraldine Robinson** and **Cherita Weems**.

> The unit housing the offices of Harriette Walters, Connice Hogue, Sheila Jones, Diane Gustus, Geraldine Robinson and Cherita Weems is located on the 4th Floor. Upon taking the east side elevators in the building to the 4th floor, the unit can be reached by turning to the right, walking 20 yards, turning left, and walking 5 yards to the unit entrance. Connice Hogue and Harriette Walters have private offices within that unit, while Sheila Jones, Diane Gustus, Geraldine Robinson and Cherita Weems have cubicles within the unit. The unit housing the office of Kim Fleet is located on the 1st floor. Building personnel will be available during the search to identify the work spaces assigned to each employee listed above.

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 11/4/2004 | 11/5/2004 | 1889 | 6159697 | $333,981.65 | Trammel Crow Corp **C/O Legnahomw** [sic] **Wervices** [sic] hold for pick-up Washington DC 20001 | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 11/26/2004 | 12/1/2004 | 1981 | 6177668 | $346,700.00 | Bilkemor LLC Real Estate, Inc. C/O David Fuss, Esq Hold for pick-up Washington,DC 20001 | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| **12/17/2004** | 12/20/2004 | 2088 | 6189970 | $367,025.00 | CSC Penn, LLC C/O David Fuss, Esq. hold for pick-up | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 12/17/2004 | 12/23/2004 | 2089 | 6189969 | $319,339.89 | Paost Mass Ave, LLC C/O David Fuss, Esq Hold for pick-up | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 1/3/2005 | 1/5/2005 | 2124 | 6200532 | $340,900.00 | K Street Group, LLC C/O David Fuss, Esq Hold for pick-up | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 12/29/2004 | 12/30/2004 | 2125 | 6199183 | $369,580.16 | Penn Ave Properties Group, LLC C/O Legnahome Services Inc Hold for pick-up | BOA XXXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 1/20/2005 | 1/21/2005 | 2157 | 6209376 | $338,772.62 | Summitt Properties **C/O Chapahome LLC** Hold for pick-up Washington DC 20001 | BOA XXXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | S.G. | Harriette Walters |
| 2/3/2005 | 2/16/2005 | 2233 | 6219483 | $397,007.00 | 111 13th Street LLC **C/O Chappahome Services Inc.** Hold for pickup Washington DC 20001 | BOA XXXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 3/11/2005 | 3/13/2005 | 2337 | 6243600 | $350,000.00 | 1301 Limited Partnership **C/O Chappahome Services, Inc.** Hold for pick-up Washington DC 20001 | BOA XXXXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 3/30/2005 | 4/22/2005 | 2358 | 6258376 | $379,000.00 | JAD Associates, Inc. **C/O Chappahome Servicing** Hold for pick-up Washington DC 20001 | BOA XXXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 5/4/2005 | 5/23/2005 | 2431 | 6282221 | $329,913.31 | BGW, LLP C/O Wilkes & Artis LLC Hold for pick-up Washington DC 20001 | BOA XXXXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 5/26/2005 | 6/17/2005 | 2525 | 6299390 | $356,900.00 | Franklin Towers LLP C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 5/26/2005 | 6/1/2005 | 2526 | 6299389 | $340,000.00 | Lasalle Partnership LLP C/O Wilkes Artis Hold for pick-up Washington DC 20001 | BOA XXXXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 7/6/2005 | 7/7/2005 | 2587 | 6325292 | $410,900.00 | Car Frtz [sic] Company C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 8/16/2005 | 8/19/2005 | 2654 | 6351562 | $344,625.59 | Breblackthorne Realty C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 10/19/2005 | 10/25/2005 | 2822 | 6394635 | $329,913.31 | BGEE LLP/**Chappa Home** C/O Wilkes Artis Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 10/19/2005 | 11/7/2005 | 2823 | 6394634 | $373,005.00 | FUND III GMBHAND CO KE LLP C/O Dvid Fuss, Esq Hold for pickup | BOA XXXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Walters |
| 11/15/2005 | 11/30/2005 | 2872 | 6415377 | $422,890.00 | Property Development Corp C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 12/20/2005 | 12/22/2005 | 2908 | 6434068 | $348,000.49 | Collier International LLC C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 1/13/2006 | 1/30/2006 | 2936 | 6446678 | $380,000.00 | Thirteenth Street Associates **C/O Chappahome**, Inc. Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 2/10/2006 | 2/17/2006 | 2971 | 6463505 | $346,800.00 | BBLAKE Company LLC **Chappahome Inc** Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 2/22/2006 | 2/24/2006 | 2973 | 6468798 | $325,000.00 | Srann Company C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 3/10/2006 | 3/24/2006 | 3025 | 6480869 | $356,900.00 | 1425 F Street, LLC **Chappahome** C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 4/13/2006 | 4/14/2006 | 3071 | 6502673 | $385,700.00 | Stoladi Property Group **C/O Chappa Home Inc.** Washington DC 20001 United States | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | G.R. | Harriette Walters |
| 5/16/2006 | 5/19/2006 | 3118 | 6521637 | $387,900.00 | MRL Post, LLC **C/O Chappahome Limited** Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | G.R. | Harriette Walters |
| 6/16/2006 | 6/21/2006 | 3143 | 6540925 | $456,990.00 | 12th Street Properties C/O Bellarmin Design Group Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 8/28/2006 | 9/1/2006 | 3296 | 6588806 | $410,000.00 | 1120 Vermont St., Assoc, LLC **C/O Chappahome LLC** Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 8/28/2006 | 9/1/2006 | 3297 | 6588507 | $375,815.00 | 1919 M Street Assoc, LLC C/O Provident Home Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 9/27/2006 | 9/29/2006 | 3362 | 6608809 | $375,800.00 | Lincon (sic) Square LLC C/O Provident Home Ltd Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 9/27/2006 | 9/29/2006 | 3363 | 6608808 | $458,670.00 | Lincon (sic) Square LLC **Chappahome Design Ltd** Hold for pick-up | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 10/19/2006 | 12/7/2006 | 3395 | 6622187 | $375,800.00 | Commerce Building Assoc C/O Bellarmine Corporation Hold for Pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 10/19/2006 | 10/23/2006 | 3396 | 6622186 | $460,000.00 | 1118 Lo Assoc C/O Helmet Corporation Hold for pick-up Washington DC  20001 | BOA XXXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | Diane Gustus | Harriette Walters |
| 1/26/2007 | 2/6/2007 | 3514 | 6685161 | $450,683.90 | Second Street Funding C/O Providenthome, Inc. Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | G.R. | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 2/13/2007 | 2/20/2007 | 3515 | 6694229 | $490,560.54 | HHEMLET [sic] Company., Inc C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | G.R. | Harriette Walters |
| 4/5/2007 | 4/10/2007 | 3538 | 6727030 | $465,000.00 | Chappahome, Inc, LLC C/O Jeff Nadel Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 4/26/2007 | 5/9/2007 | 3700 | 6741803 | $468,000.00 | Provident Home Inc C/O 1440 K Street, LLC Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | G.R. | Harriette Walters |
| 5/23/2007 | 6/19/2007 | 3701 | 6756040 | $410,000.00 | First American Home C/O David Fuss Esq Hold for pick-up Washington DC 20001 | SunTrust XXXX8316 | Diane Gustus | Harriette Walters |
| 4/26/2007 | 5/4/2007 | 3715 | 6741804 | $398,680.00 | **Chappahome Inc.** C/O Wilkes Artis, LLC Hold for pick-up Qashington [sic] DC 20001 | BOA XXXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | C.W. | Harriette Walters |
| 5/23/2007 | 6/5/2007 | 3755 | 6756039 | $541,100.74 | Helmet Inc, COP [sic] C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | C.W. | Harriette Walters |
| 6/15/2007 | 6/18/2007 | 3787 | 6770965 | $459,990.00 | Aurora Re Enterprises, LLC C/O Wilkes Artis, Esq [sic] Hold for pick-up Washington DC 20001 | SunTrust XXXX1382 Connie Alexander Aurora Re Enterprises LLC | Diane Gustus | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 6/15/2007 | 6/18/2007 | 3788 | 6770966 | $399,498.00 | Provident Home, LLC C/O Jeff Nadel, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 8/9/2007 | 8/13/2007 | 3842 | 6805521 | $345,500.00 | Aurora R.E. Enterprises, Inc. C/O Jeff Nadel Esq 8700 Georgia Avenue Silver Spring MD 20815 | SunTrust XXXX1382 Connie Alexander Aurora Re Enterprises LLC | G.R. | Harriette Walters |
| | | | **Total Dollar Amount of Property Tax Refund Checks (__)** | $16,322,842.20 | | | | |
| | | | **Average Dollar Amount of Property Tax Refund Check** | $388,639.10 | | | | |

AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search
(Name, address or brief description of person, property, or premises to be searched)

6880 Oregon Avenue NW
Washington, D.C. 20015

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I <u>Andrew Sekela</u> being duly sworn depose and say:

I am a <u>Special Agent with the Federal Bureau of Investigation</u> and have reason to believe
(Official Title)

that (name, description and or location)

on the premises of 6880 Oregon Avenue NW, in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachment A

which are (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

evidence of, the fruits of, or instrumentalities of a violation of Title 18 United States Code, Sections 1341, 1349, 2314, 1956, 1957, 1344, and 371. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Signature of Affiant
Andrew Sekela
(202)202-437-5606

Sworn to before me, and subscribed in my presence

_____   at Washington, D.C.
Date

_____   _____
Name and Title of Judicial Officer   Signature of Judicial Officer