UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE SEARCH WARRANTS AND<br>ARREST WARRANTS | :<br>:<br>:<br>:<br>:<br>: | MAG. NO. _____<br><br><br>**UNDER SEAL** |

### GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS AND ARREST WARRANTS AND SUPPORTING PLEADINGS UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Affidavit in Support of Search Warrants and Arrest Warrants, and the paperwork accompanying it, be placed under seal until the searches and arrests have been completed. For the same reasons discussed below, the government further requests that this Motion and any resulting Order be placed under seal by the Court until further order of the Court.

The government plans to execute the search and arrest warrants on the morning of Wednesday, November 7, 2007, or as soon thereafter as possible. The government fears that, if the subjects of the investigation learn about the warrants before they are executed, the subjects may attempt to avoid being arrested or otherwise flee the jurisdiction, and may hide items that otherwise might be found during the searches.

The government further requests that this motion, the affidavit and accompanying paperwork, and resulting Order be filed under seal to protect law enforcement officials who will be involved in the execution of the search warrants, as well as any civilians who may be in the area when the warrants are executed.

Wherefore, the government requests that this motion, the affidavit and accompanying paperwork, and the resulting Order be placed under seal. A proposed Order is attached for the Court's signature.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
Timothy G. Lynch, D.C. Bar No. 456506
Geoffrey L.J. Carter
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street NW
Washington, D.C. 20530
(202) 353-4862
timothy.lynch2@usdoj.gov