**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE SEARCH WARRANTS AND     :     MAG. NO. <u>0 7 - 5 4 0 - M - 0 1</u>
ARREST WARRANTS              :

FILED

                               :      <u>**UNDER SEAL**</u>         NOV   6 2007

<u>**ORDER**</u>              NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

Upon consideration of the government's motion for leave to file the Affidavit in Support

of Search Warrants and Arrest Warrants and accompanying paperwork in the this matter under

seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown

therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Search Warrants and Arrest

Warrants, the accompanying paperwork, the government's Motion to Seal, and this Order, shall

be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this _____6_____ day of November, 2007.



_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE



Serve:  Timothy G. Lynch
        Geoffrey L.J. Carter
        Assistant United States Attorneys
        Fraud & Public Corruption Section
        555 4th Street NW, Room 5235
        Washington, D.C.  20530
        Fax: (202) 307-2304
        e-mail: timothy.lynch2@usdoj.gov