**FILED**
NOV 0 7 2007
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH WARRANT          :     MAG. NO. 07-540-M-01
                              :     UNDER SEAL

## GOVERNMENT'S MOTION TO FILE REDACTED VERSION OF AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests permission to file the attached redacted version of the Affidavit in Support of Search Warrant in this matter in the public court docket.

The government is attempting to execute all the search warrants and arrest warrants in this and other pending matters before the Court, as well as executing search and arrest warrants in Maryland. The government respectfully requests permission to file the attached, redacted version of the Affidavit in Support of the Search Warrant, so that certain personal identifying information will not be released to the public in a way that might compromise privacy rights or hamper the ongoing investigation.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
Timothy G. Lynch, D.C. Bar No. 456506
Geoffrey L.J. Carter, D.C. Bar No. 460971
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street NW
Washington, D.C. 20530
(202) 353-4862
timothy.lynch2@usdoj.gov