UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH WARRANT          :    MAG. NO. 07-540-M-01
                              :    UNDER SEAL
                              :

ORDER

**FILED**
**NOV 07 2007**
Clerk, U.S. District and
Bankruptcy Courts

Upon consideration of the government's motion for leave to file the attached redacted Affidavit in Support of Search Warrant, and for good cause shown, it is hereby

**ORDERED** that the government's motion is granted and the attached Affidavit in Support of Search Warrant will be filed on the public docket; and it is further

**ORDERED THAT** the remaining materials in this matter will remain under seal until further Order of the Court.

**SO ORDERED**, this 7 day of November, 2007.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
       Geoffrey L.J. Carter
       Assistant United States Attorneys
       Fraud & Public Corruption Section
       555 4th Street NW, Room 5235
       Washington, D.C. 20530
       (202) 353-4862
       Fax: (202) 307-2304
       e-mail: timothy.lynch2@usdoj.gov