AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

6880 Oregon Avenue NW
Washington, D.C. 20015

**SEARCH WARRANT**

CASE NUMBER: 07-540-M-01

TO: any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Andrew Sekela</u> who has reason to believe that
(name, description and or location)

in 6880 Oregon Avenue NW

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 0 6 2007

Date and Time Issued   ALAN KAY
                       U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer         Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/6/07 | 11/7/07 5:00 am | Left on premises |
| INVENTORY MADE IN THE PRESENCE OF | Left on premises ||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached

**CERTIFICATION**

**FILED**

NOV 16 2007

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_[signature]_ Special Agent FBI, WFO

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S Judge or U.S. Magistrate Judge

11-16-07
Date

# FINAL INVENTORY

## ITEMS SEIZED ON     11/7/2007

**6880 Oregon Ave NW          Washington          DC          20015**

**194B-WF-237067   CASE AGENT   Andrew Sekela**

**SEIZING AGENT   Patrick A. Westerhaus**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| BOX # 1 | | | | |
| 1 | F | | Ben Binger | Legal description and closing documents for 6880 Oregon Ave NW Washington D C , Folder labeled family data, 1997 tax return, Negotiated Bank of America Checks (value = 0) and Statements, District Government Employee Federal Credit Union Bank Statement |
| 2 | N | | Ben Binger | Cashiers check receipt Bank of America, Personal journal with account numbers |
| 3 | F | | Larry Stewart | Furniture Receipts from mastercraft interiors, Page 1 of Deed of Trust for 6880 Oregon Ave NW Washington D C |
| 4 | N | | Jessica Engler | American Express Check Card 3790180647510140 Pre-Paid Legal services Inc Card 58016184, Casino Cards Aladdin 002163587, Palms 346743 Atlantis 00603413, MGM Mirage 2391958, Las Vegas Hilton 100560362, Borgata 001113486, MGM Grand 03025177 |
| 5 | N | | Jessica Engler | Checking acct stmt PNC Bank, Crystal Springs Stmt, AT&T Stmt, Report of Estate of Elaine Walters, Firstbank of P R Savings Acct Book, Passport, Certificate of Titles for Mercedes 1995, 2006, homeowners policy, paper copies of credit/debit cards |
| 6 | K | | Lucy Sampson | Folder containing DC Vocher documents |
| 7 | K | | Kevin Craddock | Employee Assistance Program COPE for Geraldine Robinson |
| 8 | O | | Ben Binger | Samsung, AT&T Mobile Phone & powercord |
| 9 | K | | Lucy Sampson | Real Estate Contract 92 Cemetery Hill property |
| 10 | K | | Lucy Sampson | Settlement Documents 6880 Oregon Ave NW Washington D C |
| 12 | K | | Lucy Sampson | DC Voucher Documents |
| 13 | N | | Meredith Lorden | Bank of America deposit receipt $20,900 dated 10/22/07, Saks Fifth Avenue receipts $15,000 |

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 14 | N | | Donna Tolliver | Bank of America customer receipt, Trump Taj Mahal receipt, Two Saks payment receipts |
| 18 | B | | Ben Binger | Bank of America Cashiers Check receipt $15,000 to Saks Fifth Avenue, Deposit slip for Bank of America $5,000, Employee ID Card for Harriette Walters to OCFO |
| 19 | M | | Deb LaPrevotte | Mercedes Benz purchase documents found in Vehicle in the garage |
| 22 | M | | Kevin Craddock | Records related to Helen Walters, 4th Street Condo, Mastercraft furniture, Family estate in US\ |
| 80 | Garage | | Jason Manning | Receipt for shoes and handbag |

BOX # 2

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 11 | K | | Lucy Sampson | Blank Checks and deposit ticket books for Bank of America Acct in the name Provident Home Services Ricardo Walters |
| 15 | N | | Donna Tolliver | Nine Casino Cards |
| 16 | B | | Ben Binger | Bank of America cashiers check to Wells Fargo fo $9,100, credit cards, Department Store Charge Cards |
| 17 | B | | Ben Binger | Two Check Books & Registers, Bank of America account # 001914515677, PNC Bank Account # 5300721398 |

BOX # 3A

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 20 | N | | Deb LaPrevotte | 30 Items of jewelry |
| 21 | N | | Deb Laprevotte | Faberge Egg |
| 36 | N | | Deb LaPrevotte | 30 items of jewelry |
| 37 | N | | Deb LaPrevotte | 30 items of jewelry |
| 43 | N | | Deb Leprevotte | 12 watches |
| 47 | N | | Deb LaPrevotte | 12 items of jewelry |
| 48 | Garage | | Deb Laprevotte | 4 items of jewelry |
| 49 | garage | | Laprevotte | 1 Rolex Watch |
| 50 | N | | Deb Laprevotte | Crystal Heart |
| 51 | N | | Deb Laprevotte | Cartier Pen |

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 54 | C | | Laprevotte | Silver Service forks, spoons, etc |
| 88 | N | | Deb Laprevotte | 7 items of Jewelry |

BOX #   3B

| | | | | |
|---|---|---|---|---|
| 56 | B | | Deb Laprevotte | One Tiffany Lap |

BOX #   3C

| | | | | |
|---|---|---|---|---|
| 64 | K | | Lucy Sampson | 4 items Steuben glass stemware |

BOX #   3D

| | | | | |
|---|---|---|---|---|
| 65 | K | | Lucy Sampson | 4 items of Steuben glass stemware |

BOX #   3E

| | | | | |
|---|---|---|---|---|
| 66 | K | | Lucy Sampson | 4 items of Steuben glass stemware |

BOX #   3F

| | | | | |
|---|---|---|---|---|
| 67 | K | | Lucy Sampson | 4 items of Steuben glass stemware |

BOX #   3G

| | | | | |
|---|---|---|---|---|
| 68 | K | | Lucy Sampson | 3 champagne glasses |
| 69 | K | | Lucy Sampson | 3 champagne glasses |
| 70 | K | | Lucy Sampson | 2 Champagne glasses |

BOX #   3H

| | | | | |
|---|---|---|---|---|
| 81 | Garage | | Lucy Sampson | 12 items of Silver |

BOX #   3I

| | | | | |
|---|---|---|---|---|
| 84 | Garage | | Lucy Sampson | One Mirror |

BOX #   3J

| | | | | |
|---|---|---|---|---|
| 85 | Garage | | Lucy Sampson | Pair of Silver Plated Iguanas |

BOX #   4A

| | | | | |
|---|---|---|---|---|
| 27 | E | | Jessica Engler | 13 pieces of clothing |

BOX #   4B

| | | | | |
|---|---|---|---|---|
| 26 | E | | Jessica Engler | 14 pieces of clothing |

BOX #   4C

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 28 | E | | Jessica Engler | 14 pieces of clothing |

**BOX #  4D**

| | | | | |
|---|---|---|---|---|
| 29 | E | | Jessica Engler | 30 pieces of clothing |

**BOX #  4E**

| | | | | |
|---|---|---|---|---|
| 25 | E | | Jessica Engler | 20 pieces of clothing |

**BOX #  4F**

| | | | | |
|---|---|---|---|---|
| 32 | E | | Jessica Engler | 50 pieces of clothing |

**BOX #  4G**

| | | | | |
|---|---|---|---|---|
| 31 | E | | Jessica Engler | 18 pieces of clothing |

**BOX #  4H**

| | | | | |
|---|---|---|---|---|
| 24 | E | | Jessica Engler | 22 pieces of clothing |

**BOX #  4I**

| | | | | |
|---|---|---|---|---|
| 23 | E | | Jessica Engler | 13 pieces of clothing |

**BOX #  4J**

| | | | | |
|---|---|---|---|---|
| 30 | E | | Jessica Engler | 15 pieces of clothing |

**BOX #  4K**

| | | | | |
|---|---|---|---|---|
| 33 | F | | Jessica Engler | 18 pieces of clothing |

**BOX #  4L**

| | | | | |
|---|---|---|---|---|
| 34 | F | | Jessica Engler | 17 pieces of clothing |

**BOX #  4M**

| | | | | |
|---|---|---|---|---|
| 35 | F | | Jessica Engler | 15 pieces of clothing |

**BOX #  4N**

| | | | | |
|---|---|---|---|---|
| 38 | F | | Jessica Engler | 25 pieces of clothing |

**BOX #  4O**

| | | | | |
|---|---|---|---|---|
| 39 | F | | Jessica Engler | 17 pieces of clothing |

**BOX #  4P**

| | | | | |
|---|---|---|---|---|
| 40 | F | | Jessica Engler | 10 pieces of clothing |

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| **BOX #  4O** | | | | |
| 41 | F | | Jessica Engler | 11 pieces of clothing |
| **BOX #  4R** | | | | |
| 42 | F | | Jessica Engler | 3 pieces of clothing |
| **BOX #  4S** | | | | |
| 52 | N | | Jessica Engler | 13 pieces of clothing |
| **BOX #  4T** | | | | |
| 53 | N | | Jessica Engler | 13 pieces of clothing |
| **BOX #  4U** | | | | |
| 55 | N | | Jessica Engler | 14 pieces of clothing |
| **BOX #  4V** | | | | |
| 58 | N | | Jessica Engler | 15 pieces of clothing |
| **BOX #  4W** | | | | |
| 59 | N | | Jessica Engler | 4 pieces of clothing |
| **BOX #  4X** | | | | |
| 72 | N | | B Tolliver | 19 pieces of clothing |
| **BOX #  4Y** | | | | |
| 79 | Garage | | Lucy Sampson | 11 pieces of clothing |
| **BOX #  5A** | | | | |
| 44 | E | | Ben Binger | 4 pieces of LV luggage |
| **BOX #  5B** | | | | |
| 45 | F | | Jessica Engler | Purses  Louis Vuitton 13, Hermes Paris 1, Christian Dior 1, Chanel 17, Nuti 2, Balenciaga 1, Chloe 2, Valextra 1 |
| **BOX #  5C** | | | | |
| 46 | N | | Jessica Engler | Purses  Chanel 23, 5 Louis Vuitton, 1 Gucci, 1 Christian Dior  1 Judith Leloer, 1 Tracy Reese  1 Versace, 2 Hermes Paris |
| **BOX #  5D** | | | | |

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 57 | N | | Jessica Engler | Wallets 2 Hermes, 1 N Marcus, 2 C Dior, 12 Chanel, 15 Louis Vuitton |

**BOX # 5E**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 71 | Garage | | Deb LaPrevotte | Purses 2 guchi, 1 Louis Vuitton, 1 Bmallowsky, 1 Collehaan |

**BOX # 5F**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 78 | B | | Lucy Sampson | Purse 1 Channel |

**BOX # 5G**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 86 | E | | Lucy Sampson | Purses 3 Louis Viutton, 1 Gucci, 6 Channel 1 Hermes |

**BOX # 6A**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 61 | N | | Jessica Engler | 12 pairs of shoes |

**BOX # 6B**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 62 | N | | Jessica Engler | 8 pairs of shoes |

**BOX # 6C**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 63 | F | | Jessica Engler | 3 pairs of shoes |

**BOX # 6D**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 73 | Garage | | Lucy Sampson | 3 pairs of shoes |

**BOX # 6E**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 74 | Garage | | Lucy Sampson | 8 pairs of shoes |

**BOX # 6F**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 75 | Garage | | Lucy Sampson | 9 pairs of shoes |

**BOX # 6G**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 76 | Garage | | Lucy Sampson | 11 pairs of shoes |

**BOX # 6H**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 77 | garage | | Lucy Sampson | 8 pairs of shoes |

**BOX # 6I**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 83 | E | | Larry Stewart | 6 pairs of shoes |

**BOX # 7A**

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 60 | N | | Jessica Engler | 6 pairs of sunglasses |
| **BOX #  8A** | | | | |
| 82 | Garage | | Lucy Sampson | Silver Bar Cart and candle holder |
| **BOX #  8B** | | | | |
| 87 | Garage | | Lucy Sampson | One Mink Coat |