UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 19 2007
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA   :
                            :
v.                          :
                            :  CRIMINAL NO. 07-540-M (AK)
IN THE MATTER OF THE SEARCH :
OF 6880 OREGON AVE., NW     :  UNDER SEAL
WASHINGTON, DC 20015        :

## UNITED STATES' MOTION TO UNSEAL THE SEARCH WARRANT IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the search warrant in this case (to the extent that this document currently may be sealed). In support of this motion the United States advises the Court as follows:

1. On November 6, 2007, this Court issued a search warrant for the premises located at 6880 Oregon Ave., NW, Washington, DC 20015. Law enforcement personnel executed the search warrant on November 7, 2007.

2. Given that the search warrant has been executed, the United States now seeks to unseal that document.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar. No. 498610

By: _____
TIMOTHY LYNCH, D.C. Bar No. 456506
GEOFFREY L.J. CARTER, D.C. Bar No. 460971
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W., Fifth Floor

RECEIVED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Washington, D.C. 20530
(202) 353-4862 and (202) 353-2457
Timothy.Lynch2@usdoj.gov
Geoffrey.Carter2@usdoj.gov